**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIKAR ROK,

Plaintiff,

v.

IDENTIV, INC., JASON HART, and BRIAN NELSON

Defendants.
_______________________________________/

No. 15-cv-5775-CRB

**JUDGMENT**

Having granted Defendants' motions to dismiss with prejudice (dkt. 73), the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 4, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE